UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------

▯ ORIGINAL

UNITED STATES OF AMERICA,

                              Plaintiff,

              -against-

        Mary H. Oglesby

                           Defendant.

Case No.: 93 MJ 00903 _____(MRG)

**ORDER OF DISMISSAL**

        Motion by the Government to dismiss is granted and the above-captioned case is hereby dismissed.

                                     SO ORDERED.

                                     Hon. Martin R. Goldberg,
                                     United States Magistrate Judge

Dated:         13 _____ day of November _____, 20 20___
                Poughkeepsie, New York